# STEVENS & LEE
## LAWYERS & CONSULTANTS

1818 Market Street, 29th Floor
Philadelphia, PA 19103
(215) 575-0100 Fax (215) 851-0214
www.stevenslee.com

**MEMO ENDORSED**

Direct Dial: (215) 751-1944
Email: ncsc@stevenslee.com
Direct Fax: (610) 371-7956

[SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 4/10/15]

April 9, 2015

**VIA ECF AND FACSIMILE**
Honorable Colleen McMahon
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

4/9/15
He can do it
[signature] Colleen McMahon

Re: GoldenTree Asset Management LP v. Teamsters Pension Trust Fund
of Philadelphia & Vicinity
Case No. 14-CV-8951

Dear Judge McMahon:

We are counsel of record for Defendant Teamsters Pension Trust Fund of Philadelphia & Vicinity and respectfully submit this letter on its behalf.

As Your Honor may recall, in our letter dated March 25, 2015, we requested a pre-motion conference to address: (1) a contemplated motion to compel GTAM to produce its documents on a more accelerated schedule; and (2) a contemplated motion to extend all remaining deadlines in the Civil Case Management Plan dated December 12, 2014 (Doc. 11) by 90 days. (Doc. 20).

On April 2, 2015, the Court entered an Order of Reference with regard to discovery disputes. (Doc. 27).

Magistrate Judge Henry B. Pitman's chambers has stated that the Court's Order of Reference did not refer scheduling issues (or the motion to extend deadlines). Accordingly, at the suggestion of Judge Pitman's law clerk, we write to respectfully request clarification as to whether Your Honor will address scheduling issues (in which case the Fund should file a motion for extension of deadlines) or, alternatively, whether Your Honor will issue an Order of Reference explicitly referring scheduling issues (including the motion to extend deadlines) to Judge Pitman for resolution.

Counsel for Plaintiff has reviewed this letter and has no objection.

Philadelphia • Reading • Valley Forge • Lehigh Valley • Harrisburg • Lancaster • Scranton
Wilkes-Barre • Princeton • Cherry Hill • New York • Wilmington
A PROFESSIONAL CORPORATION

SL1 1361521v1 027202.00221

# STEVENS & LEE
## LAWYERS & CONSULTANTS

The Honorable Colleen McMahon
April 9, 2015
Page 2

                                          Respectfully,

                                          STEVENS & LEE

                                          Neil C. Schur

cc:    Counsel of Record (via ECF and electronic mail)

SL1 1361521v1 027202.00221