UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| GOLDENTREE ASSET MANAGEMENT LP, | : | |
| Plaintiff/Counterclaim Defendant, | : | 14-CV-8951 (CM) (HBP) |
| v. | : | |
| TEAMSTERS PENSION TRUST FUND OF PHILADELPHIA & VICINITY, | : | |
| Defendant/Counterclaim Plaintiff. | : | |
| WILLIAM J. EINHORN, Administrator of the TEAMSTERS PENSION TRUST FUND OF PHILADELPHIA & VICINITY, | : | 15-CV-1311 (CM) (HBP) |
| Plaintiff, | : | |
| v. | : | |
| GOLDENTREE ASSET MANAGEMENT LP, *et al.*, | : | |
| Defendants. | : | |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Jyotin Hamid of Debevoise & Plimpton LLP hereby appears on behalf of defendants GoldenTree Asset Management LP, CenturyLink Inc. Defined Benefit Master Trust, Credit Fund Golden Ltd. (f/k/a SEB Credit, Ltd.), Dignity Health, GT NM, L.P., Gold Coast Capital Subsidiary X Limited, GoldenTree 2004 Trust, GoldenTree Capital Opportunities, L.P., GoldenTree Credit Opportunities Financing I, Ltd., GoldenTree Credit Opportunities Master Fund, Ltd., GoldenTree Credit Opportunities Second Financing Ltd., GoldenTree High Yield Value Fund Offshore

(Strategic) Ltd., GoldenTree High Yield Value Fund Offshore 110 Limited, GoldenTree Loan Opportunities III, Ltd., GoldenTree Loan Opportunities IV, Ltd., GoldenTree Loan Opportunities V, Ltd., San Bernardino County Employees' Retirement Association, Stichting PGGM Depositary, Unipension Invest F.M.B.A. High Yield Obligationer, Absalon II, Limited, City of New York Group Trust, and New Mexico Educational Retirement Board in the above captioned case.  With respect to his appearance on behalf of New Mexico Educational Retirement Board, Jyotin Hamid appears in association with Foster Pepper PLLC.

Dated: New York, New York
       May 8, 2015                                  DEBEVOISE & PLIMPTON LLP

                                                    By: /s/ Jyotin Hamid
                                                    Jyotin Hamid
                                                    919 Third Avenue
                                                    New York, New York  10022
                                                    (212) 909-1031
                                                    jhamid@debevoise.com
                                                    *Attorneys for GoldenTree Asset*
                                                    *Management LP and Certain Defendants in*
                                                    Einhorn *Action*

TO:    Stevens & Lee, PC
       485 Madison Avenue
       New York, NY 10022
       *Attorneys for Defendant Teamsters Pension*
       *Trust Fund of Philadelphia and Vicinity*
       *and Plaintiff, William J. Einhorn*

       Foster Pepper PLLC
       1111 Third Ave., Suite 3400
       Seattle, WA 98101
       *Pro Hac Vice Attorneys for Defendant,*
       *New Mexico Educational Retirement Board*