USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/12/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X

GOLDENTREE ASSET MANAGEMENT, LP, :

                Plaintiff, : 14 Civ. 8951 (CM)(HBP)

   -against- : ORDER

TEAMSTERS PENSION TRUST FUND :
OF PHILADELPHIA AND VICINITY,
                               :

                Defendant.
                               :
-----------------------------------X

        PITMAN, United States Magistrate Judge:

        A conference was been held in this matter on July 2, 2015 at which various discovery issues were discussed were addressed. I write to memorialize the rulings I made at that conference.

client relations department

        1. Plaintiff was directed to complete its search of the emails of the employees in its client investment relations department for documents that contain the term "source." Plaintiff was directed to produce by July 16, 2015, the non-privileged documents that the foregoing search yields that are responsive to defendant's document request nos. 11, 19, 27 and 37.

2. Plaintiff was directed to produce the formation documents of the equity holders in the GoldenTree Entities, i.e., the documents creating those entities, in response to defendant's document request no. 7 no later than July 16, 2015.

3. Plaintiff was directed to produce documents responsive to defendant's document request no. 55 no later than July 16, 2015.

4. Plaintiff was directed to produce any due diligence files responsive to defendant's document request no. 51 no later than July 16, 2015. This Order is without prejudice to defendant seeking additional responsive documents.

5. No later than August 3, 2015, plaintiff was ordered to produce ESI responsive to defendant's document requests that result from an additional search of email communications, to be conducted as follows:

    a. Plaintiff shall search the email communications of Daniel Flores, Ted Lodge, Steven Shapiro, Steven Tananbaum, May Burns and Karuna Uppal for the period from June 1, 2013 through September 12, 2014 for each of the terms "Source Interlink," "sorc.com" and "SID."

2

6. The dates set in paragraphs 6 and 9 of the Scheduling Order entered in this matter on December 12, 2014 (Docket Item 11), which I previously adjourned for 90 days in my April 17, 2015 Order (Docket Item 30), are adjourned for an additional 60 days.

7. Any request to extend the deadline for summary judgment motion briefing should be raised, in the first instance, with the Honorable Colleen McMahon, United States District Judge.

Dated: New York, New York
July 17, 2015

SO ORDERED

HENRY PITMAN
United States Magistrate Judge

Copies transmitted to:

All Counsel