# STEVENS & LEE

### LAWYERS & CONSULTANTS

1818 Market Street, 29th Floor
Philadelphia, PA 19103
(215) 575-0100 Fax (215) 851-0214
www.stevenslee.com

Direct Dial: (215) 751-1944
Email: ncsc@stevenslee.com
Direct Fax: (610) 371-7956

September 10, 2015

*THE CONFERENCE CURRENTLY SET FOR 9-14-15 IS ADJOURNED SINE DIE.*

**SO ORDERED**

*[signature]*
HENRY PITMAN
UNITED STATES MAGISTRATE JUDGE
9-11-15

**VIA ECF & FACSIMILE (212-805-6111)**
Honorable Henry B. Pitman
United States District Court
for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: GoldenTree Asset Management LP v. Teamsters Pension Trust Fund of
Philadelphia & Vicinity
U.S.D.C., S.D.N.Y. Case No. 14-CV-8951, consol. with Case No. 15-CV-~~3111~~ *1311*

Dear Judge Pitman:

We are counsel of record for Defendant and Counterclaim Plaintiff Teamsters Pension Trust Fund of Philadelphia & Vicinity and its administrator Plaintiff William J. Einhorn and respectfully submit this letter on their behalf in this consolidated action.

We are pleased to report that the parties have reached an agreement in principle to resolve this matter. Accordingly, we write to request that Your Honor adjourn the pre-motion conference scheduled for September 14, 2015 at 2:00 p.m. Counsel for all parties have reviewed and approved this letter.

We thank Your Honor for your assistance in this matter.

Respectfully,

STEVENS & LEE

*[signature]*

Neil C. Schur

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/14/15
```

cc: Counsel of record

Philadelphia • Reading • Valley Forge • Lehigh Valley • Harrisburg • Lancaster • Scranton
Wilkes-Barre • Princeton • Charleston • New York • Wilmington
A PROFESSIONAL CORPORATION

SL1 1382712v1 027202.00221