UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOLDENTREE ASSET MANAGEMENT LP,<br><br>      Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>TEAMSTERS PENSION TRUST FUND OF PHILADELPHIA & VICINITY,<br><br>      Defendant/Counterclaim Plaintiff. | 14-CV-8951 (CM) (HBP) |
| WILLIAM J. EINHORN, Administrator of the TEAMSTERS PENSION TRUST FUND OF PHILADELPHIA & VICINITY,<br><br>      Plaintiff,<br><br>v.<br><br>GOLDENTREE ASSET MANAGEMENT LP, *et al.*,<br><br>      Defendants. | 15-CV-1311 (CM) (HBP) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED between the Parties, by their undersigned counsel, that these consolidated actions, including all claims and counterclaims asserted in these consolidated actions, shall be dismissed with prejudice and without fees or costs awarded to any Party, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

STEVENS & LEE, P.C.

*(signature)*

Constantine D. Pourakis
485 Madison Avenue, 20th Floor
New York, New York 10022
(212) 537-0409

*Attorneys for Teamsters Pension Trust Fund of Philadelphia & Vicinity, its Administrator, Adam H. Garner, and its former Administrator, William J. Einhorn*

DEBEVOISE & PLIMPTON LLP

*(signature)*

Jyotin Hamid
919 Third Avenue
New York, New York 10022
(212) 909-1031

*Attorneys for GoldenTree Asset Management LP, GoldenTree Credit Opportunities Master Fund, Ltd., GoldenTree 2004 Trust, GoldenTree Credit Opportunities Second Financing, Ltd., GoldenTree High Yield Value Fund Offshore 110 Limited, GN3 SIP Limited, GoldenTree High Yield Value Fund Offshore (Strategic), Ltd., GoldenTree Loan Opportunities III, Ltd., GoldenTree Loan Opportunities IV, Ltd., GoldenTree Loan Opportunities V, Ltd., GT NM, L.P., GoldenTree Capital Opportunities, L.P., GoldenTree Credit Opportunities Financing I, Ltd., Absalon II, Limited, Credit Fund Golden Ltd. (f/k/a SEB Credit, Ltd.), Gold Coast Capital Subsidiary X Limited, New Mexico Educational Retirement Board, San Bernardino County Employees' Retirement Association, Dignity Health, City of New York Group Trust, CenturyLink, Inc. Defined Benefit Master Trust, Unipension Invest F.M.B.A. High Yield Obligationer and Stichting PGGM Depositary, acting in its capacity as depositary of PGGM High Yield Fund*